UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| County of San Mateo,<br><br>    Plaintiff,<br><br>v.<br><br>CSL Limited, et al.,<br><br>    Defendant | Case No.: 10-cv-05686-DMR<br><br>[PROPOSED] ORDER TO FILE STIPULATION TO ADR PROCESS OR NOTICE OF NEED FOR ADR PHONE CONFERENCE |

The Court having considered the Plaintiffs' Statement Concerning ADR Process filed on October 24, 2012, orders that the parties shall complete their meet-and-confer concerning ADR Process selection and shall file the Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to ADR L.R. 3-5(b) & (c) on or before October 29, 2012.

Dated:  Oct. 26, 2012

_____
DONNA M. RYU
United States Magistrate Judge