Steven N. Williams (State Bar No. 175489)
swilliams@cpmlegal.com
Adam J. Zapala (State Bar No. 245748)
azapala@cpmlegal.com
Gene W. Kim (State Bar No. 279549)
gkim@cpmlegal.com
Elizabeth Tran (State Bar No. 280502)
etran@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

*Attorneys for County of San Mateo*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| COUNTY OF SAN MATEO,<br><br>        Plaintiff,<br><br>    v.<br><br>CSL LIMITED; CSL BEHRING LLC; CSL PLASMA; BAXTER INTERNATIONAL INC.; and PLASMA PROTEIN THERAPEUTICS ASSOCIATION,<br><br>        Defendants. | Case No. 4:10-cv-05686-SBA<br><br>**STIPULATION AND ORDER REGARDING DEPOSITION PROTOCOL** |

**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL; Case No. 4:10-cv-05686-SBA**

1 WHEREAS, the Direct Purchaser Plaintiffs and Defendants in the
2 related Multidistrict Litigation ("MDL") action in the Northern District of
3 Illinois (Case No. 1:09-cv-07666) have stipulated to a deposition protocol in
4 an effort to streamline the scheduling of depositions (Docket No. 534);

5 WHEREAS, in an effort to continue the coordination of discovery with
6 the related MDL action and prevent any duplication or inefficiency, all
7 Parties agree that the MDL action's deposition protocol should be adopted
8 here; and

9 WHEREAS, all Parties are in agreement on the proposed deposition
10 protocol;

11 IT IS HEREBY STIPULATED, by Counsel for Plaintiff County of San
12 Mateo and Counsel for Defendants CSL Limited; CSL Behring LLC; CSL
13 Plasma; Baxter International Inc.; and Plasma Protein Therapeutics
14 Association that the deposition protocol stipulated to by the parties in the
15 related MDL action in the Northern District of Illinois is adopted in this
16 action.  The parties stipulate to a deposition protocol as follows:

17     1.    Counsel for Indirect and Direct Purchaser Plaintiffs will confer
18 regarding proposed deposition dates and locations in advance of providing
19 notice of proposed dates to Defendants, and Defendants will confer prior to
20 providing notice of proposed dates to Plaintiffs;

21     2.    The parties will endeavor, where practicable, to notify each other
22 of which party deponents they wish to depose based upon the parties'
23 knowledge of the current discovery record, and will attempt to identify party
24 deponents for the upcoming month to assist with scheduling depositions;

25
26
27
28 **STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL; Case No. 4:10-cv-05686-SBA**

1

3. Counsel for the noticed party will respond to the party issuing notice within five (5) business days, and will identify three (3) dates on which the witness and his or her counsel will be available;

4. Absent extenuating circumstances, the noticing party will accept one of the three proposed dates provided by the noticed party as a counterproposal to the original notice. If for some reason that is not practical, the parties will confer and reach agreement on a date for the deposition within three (3) business days of receipt of the alternate dates;

5. If a party objects to producing a witness whose deposition has been requested, it must set forth its objections within five (5) business days of receiving such notice, and meet and confer with the noticing party promptly thereafter;

6. For third party deponents, the noticing party will confer with the witness's counsel to solicit three available dates for the deposition, all occurring two or more weeks in the future. The noticing party will confer with the other parties regarding a mutually convenient date and communicate the same to the third-party deponent; and

7. That, for party depositions, if the noticing party and the noticed party have agreed upon a date, all other parties will make counsel available to attend the deposition absent extenuating circumstances which make the participation of all counsel from the firm(s) in question unavailable.

///

1  Dated: Dec. 19, 2012                    By: /s/ Steven N. Williams

Steven N. Williams
Imtiaz A. Siddiqui (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: 650-697-6000
Fax: 650-697-0577
swilliams@cpmlegal.com
isiddiqui@cpmlegal.com

***Attorneys for County of San Mateo***

**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL; Case No. 4:10-cv-05686-SBA**

3

By: _/s/ Daniel E. Laytin_

Daniel E. Laytin (*pro hac vice*)
**KIRKLAND & ELLIS**
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
david.zott@kirkland.com
dlaytin@kirkland.com
christa.cottrell@kirkland.com

*Attorneys for Baxter International Inc.*

By: _/s/ Richard Milone_

Richard Milone (*pro hac vice*)
Stephen Freeland (*pro hac vice*)
**KELLEY DRYE & WARREN LLP**
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
(202) 342-8400
rmilone@kelleydrye.com
sfreeland@kelleydrye.com

Keri Campbell
KELLEY DRYE & WARREN LLP
10100 Santa Monica Blvd.
Twenty-Third Floor
Los Angeles, CA 90067
(310) 712-6145
kcampbell@kelleydrye.com

*Attorneys for Plasma Protein Therapeutics Association*

By: _/s/ Kevin J. Arquit_
Kevin J. Arquit
Michael Garvey (*pro hac vice pending)*
Alan C. Turner (*pro hac vice pending*)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
212-455-2000
karquit@stblaw.com
mgarvey@stblaw.com
aturner@stblaw.com

Harrison J. Frahn, IV
**SIMPSON THACHER & BARTLETT LLP**
2475 Hanover Street
Palo Alto, CA 94304
650-251-5000
hfrahn@stblaw.com

*Attorneys for Defendants CSL Limited, CSL Behring LLC and CSL Plasma*

**IT IS SO ORDERED.**

Dated: 12/20/12

_____
The Honorable Sandra B. Armstrong
United States District Judge
Northern District of California

STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL; Case No. 4:10-cv-05686-SBA

4