Steven N. Williams (State Bar No. 175489)
swilliams@cpmlegal.com
Adam J. Zapala (State Bar No. 245748)
azapala@cpmlegal.com
Gene W. Kim (State Bar No. 279549)
gkim@cpmlegal.com
Elizabeth Tran (State Bar No. 280502)
etran@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

*Attorneys for County of San Mateo*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| COUNTY OF SAN MATEO,<br><br>      Plaintiff,<br><br>      v.<br><br>CSL LIMITED; CSL BEHRING LLC;<br>CSL PLASMA; BAXTER<br>INTERNATIONAL INC.; and PLASMA<br>PROTEIN THERAPEUTICS<br>ASSOCIATION,<br><br>      Defendants. | Case No. 4:10-cv-05686-SBA<br><br>**STIPULATION AND  ORDER<br>REGARDING DEPOSITION<br>PROTOCOL** |

1    WHEREAS, the Direct Purchaser Plaintiffs and Defendants in the

2    related Multidistrict Litigation ("MDL") action in the Northern District of

3    Illinois (Case No. 1:09-cv-07666) have stipulated to a deposition protocol in

4    an effort to streamline the scheduling of depositions (Docket No. 534);

5    WHEREAS, in an effort to continue the coordination of discovery with

6    the related MDL action and prevent any duplication or inefficiency, all

7    Parties agree that the MDL action's deposition protocol should be adopted

8    here; and

9    WHEREAS, all Parties are in agreement on the proposed deposition

10   protocol;

11   IT IS HEREBY STIPULATED, by Counsel for Plaintiff County of San

12   Mateo and Counsel for Defendants CSL Limited; CSL Behring LLC; CSL

13   Plasma; Baxter International Inc.; and Plasma Protein Therapeutics

14   Association that the deposition protocol stipulated to by the parties in the

15   related MDL action in the Northern District of Illinois is adopted in this

16   action.  The parties stipulate to a deposition protocol as follows:

17   1.    Counsel for Indirect and Direct Purchaser Plaintiffs will confer

18   regarding proposed deposition dates and locations in advance of providing

19   notice of proposed dates to Defendants, and Defendants will confer prior to

20   providing notice of proposed dates to Plaintiffs;

21   2.    The parties will endeavor, where practicable, to notify each other

22   of which party deponents they wish to depose based upon the parties'

23   knowledge of the current discovery record, and will attempt to identify party

24   deponents for the upcoming month to assist with scheduling depositions;

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL; Case No. 4:10-cv-05686-SBA**

1    3.    Counsel for the noticed party will respond to the party issuing

2  notice within five (5) business days, and will identify three (3) dates on which

3  the witness and his or her counsel will be available;

4    4.    Absent extenuating circumstances, the noticing party will accept

5  one of the three proposed dates provided by the noticed party as a

6  counterproposal to the original notice.  If for some reason that is not

7  practical, the parties will confer and reach agreement on a date for the

8  deposition within three (3) business days of receipt of the alternate dates;

9    5.    If a party objects to producing a witness whose deposition has

10  been requested, it must set forth its objections within five (5) business days

11  of receiving such notice, and meet and confer with the noticing party

12  promptly thereafter;

13    6.    For third party deponents, the noticing party will confer with the

14  witness's counsel to solicit three available dates for the deposition, all

15  occurring two or more weeks in the future.  The noticing party will confer

16  with the other parties regarding a mutually convenient date and

17  communicate the same to the third-party deponent; and

18    7.    That, for party depositions,  if the noticing party and the noticed

19  party have agreed upon a date, all other parties will make counsel available

20  to attend the deposition absent extenuating circumstances which make the

21  participation of all counsel from the firm(s) in question unavailable.

22  ///

23

24

25

26

27

28

1    Dated: Dec. 19, 2012                    By: /s/ Steven N. Williams

2                                            Steven N. Williams
3                                            Imtiaz A. Siddiqui (*pro hac vice*)
                                             **COTCHETT, PITRE & McCARTHY,**
4                                            **LLP**
                                             840 Malcolm Road, Suite 200
5                                            Burlingame, CA 94010
                                             Tel: 650-697-6000
6                                            Fax: 650-697-0577
                                             swilliams@cpmlegal.com
7                                            isiddiqui@cpmlegal.com

8
9                                            ***Attorneys for County of San Mateo***

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     **STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION PROTOCOL; Case No. 4:10-cv-05686-SBA**

1

By: _/s/ Daniel E. Laytin_____

2

Daniel E. Laytin (*pro hac vice*)

3

**KIRKLAND & ELLIS**
300 North LaSalle

4

Chicago, IL 60654

5

(312) 862-2000
david.zott@kirkland.com

6

dlaytin@kirkland.com
christa.cottrell@kirkland.com

7

8

***Attorneys for Baxter International Inc.***

9

By: _/s/ Richard Milone_____

10

Richard Milone (*pro hac vice*)
Stephen Freeland (*pro hac vice*)

11

**KELLEY DRYE & WARREN LLP**

12

Washington Harbour, Suite 400
3050 K Street, NW

13

Washington, DC 20007-5108

14

(202) 342-8400
rmilone@kelleydrye.com

15

sfreeland@kelleydrye.com

16

Keri Campbell
KELLEY DRYE & WARREN LLP

17

10100 Santa Monica Blvd.
Twenty-Third Floor

18

Los Angeles, CA 90067

19

(310) 712-6145
kcampbell@kelleydrye.com

20

21

***Attorneys for Plasma Protein Therapeutics Association***

22

23

**IT IS SO ORDERED.**

24

25

Dated: 12/20/12

26

27

28

By: _/s/ Kevin J. Arquit_____
Kevin J. Arquit
Michael Garvey (*pro hac vice pending)*
Alan C. Turner (*pro hac vice pending*)

**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
212-455-2000
karquit@stblaw.com
mgarvey@stblaw.com
aturner@stblaw.com

Harrison J. Frahn, IV
**SIMPSON THACHER & BARTLETT LLP**
2475 Hanover Street
Palo Alto, CA 94304
650-251-5000
hfrahn@stblaw.com

***Attorneys for Defendants CSL Limited, CSL Behring LLC and CSL Plasma***

_Sandra B Armstrong_____
The Honorable Sandra B. Armstrong
United States District Judge
Northern District of California