UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COUNTY OF SAN MATEO,<br><br>    Plaintiff,<br><br>vs.<br><br>CSI LIMITED, et al.,<br><br>    Defendants. | Case No: C 10-5686 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In view of Plaintiff's filing of a First Amended Complaint,

IT IS HEREBY ORDERED THAT telephonic Case Management Conference previously scheduled for July 9, 2013, is CONTINUED to August 1, 2013 at 2:30 p.m. Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: July 3, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge