1  David J. Zott, P.C. (admitted *Pro Hac Vice*)
2  Daniel E. Laytin, P.C. (admitted *Pro Hac Vice*)
   Christa C. Cottrell (admitted *Pro Hac Vice*)
3  KIRKLAND & ELLIS LLP
   300 North LaSalle Street
4  Chicago, Illinois  60654
   Telephone: (312) 862-2000
5  Facsimile: (312) 862-2200

6
   Attorneys for Defendant
7  BAXTER INTERNATIONAL INC.

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11 | COUNTY OF SAN MATEO,                                         ) | CASE NO.:  C10-05686-SBA
12 |                                                              ) |
   |         Plaintiff,                                           ) |
13 |                                                              ) | **STIPULATION AND [PROPOSED]**
   |    v.                                                        ) | **ORDER REGARDING CASE**
14 |                                                              ) | **MANAGEMENT CONFERENCE**
   | CSL LIMITED; CSL BEHRING LLC; BAXTER                         ) |
15 | INTERNATIONAL INC.; and PLASMA PROTEIN                       ) | Judge:   Saundra Brown Armstrong
   | THERAPEUTICS ASSOCIATION,                                    ) |
16 |                                                              ) |
17 |         Defendants.                                          ) |
   |                                                              ) |

WHEREAS, a case management conference is scheduled for September 5, 2013 at 3 p.m.;

WHEREAS, additional time is needed for the parties to prepare for and meet-and-confer regarding consenting to a magistrate judge pursuant to 28 U.S.C. § 636(c);

WHEREAS, all Parties are in agreement on continuing the case management conference;

IT IS HEREBY STIPULATED, by Counsel for Plaintiff County of San Mateo and Counsel for Defendants CSL Limited; CSL Behring LLC; CSL Plasma; Baxter International Inc.; and Plasma Protein Therapeutics Assocation that the case management conference be continued to <u>September 12, 2013 at 3 p.m.</u>

Dated: August 30, 2013

By:<u>*/s/ Daniel E. Laytin*</u>
David J. Zott, P.C. (*pro hac vice*)
Daniel E. Laytin, P.C. (*pro hac vice*)
Christa C. Cottrell (*pro hac vice*)
KIRKLAND & ELLIS
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
david.zott@kirkland.com
dlaytin@kirkland.com
christa.cottrell@kirkland.com

***Attorneys for Baxter International Inc.***

| | |
|---|---|
| By: */s/ Steven N. Williams*<br>Steven N. Williams<br>Adam J. Zapala<br>Gene W. Kim<br>Elizabeth T. Tran<br>COTCHETT, PITRE & MCCARTHY, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Tel: 650-697-6000<br>Fax: 650-697-0577<br>swilliams@cpmlegal.com<br>azapala@cpmlegal.com<br>gkim@cpmlegal.com<br>etran@cpmlegal.com<br><br>*Attorneys for County of San Mateo*<br><br>By: */s/ Stephen Freeland*<br>Keri E. Campbell<br>KELLEY DRYE & WARREN LLP<br>10100 Santa Monica Blvd., 23rd Floor<br>Los Angeles, CA 90067<br>Phone:  (310) 712-6145<br>Email:  kcampbell@kelleydrye.com<br><br>Richard Milone (*pro hac vice*)<br>Stephen Freeland (*pro hac vice*)<br>KELLEY DRYE & WARREN LLP<br>Washington Harbour, Suite 400<br>3050 K Street, NW<br>Washington, DC 20007-5108<br>Phone: (202) 342-8400<br>Email:  rmilone@kelleydrye.com<br><br>*Attorneys for Defendant Plasma Protein Therapeutics Association* | By: */s/ Alan C. Turner*<br>Harrison J. Frahn IV<br>SIMPSON THACHER & BARTLETT LLP<br>2475 Hanover Street<br>Palo Alto, CA 94304<br>Phone:  650-251-5000<br>Email:  hfrahn@stblaw.com<br>Kevin J. Arquit<br>Michael J. Garvey (*pro hac vice*)<br>Alan C. Turner (*pro hac vice*)<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Phone:  212-455-2000<br>Email:  karquit@stblaw.com<br>agoldstein@stblaw.com<br>aturner@stblaw.com<br><br>Andrew M. Lacy (*pro hac vice*)<br>SIMPSON THACHER & BARTLETT LLP<br>1155 F St., N.W.<br>Washington, DC 20004<br>Phone:  (202) 636-5500<br>Email:  alacy@stblaw.com<br><br>*Attorneys for Defendants CSL Limited, CSL Behring LLC and CSL Plasma* |

SO ORDERED:

   This <u>30th</u> day of <u>August</u>, 2013

_____
**Judge Saundra Brown Armstrong**

---

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE MANAGEMENT CONFERENCE    2    CASE NO. C10-05686-SBA

**ATTESTATION OF FILING**

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Christa C. Cottrell, hereby attest that concurrence in the filing of this stipulation and proposed order has been obtained from the individuals from whom I have provided the conformed signatures above.

By: */s/ Christa C. Cottrell*
    Christa C. Cottrell
    ***Attorney for Baxter International Inc.***

# CERTIFICATE OF SERVICE

I, Daniel E. Laytin, hereby certify that I filed the forgoing **STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE** on August 30, 2013, through the Court's CM/ECF system, which will send a notice of electronic filing to all parties registered in this case with the Court's electronic filing system. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: August 30, 2013

By: */s/ Daniel E. Laytin P.C.*
Daniel E. Laytin P.C.