[Reset Form]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

County of San Mateo )
               Plaintiff(s), ) Case No: 4:10-cv-05686
    v. ) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
CSL Limited, et al. ) (CIVIL LOCAL RULE 11-3)
               Defendant(s). )

I, /s/ John Thomas Delacourt, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plasma Protein Therapeutics Association in the above-entitled action. My local co-counsel in this case is Keri Elizabeth Borders, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 147 Old Solomons Island Road, Suite 100<br>Annapolis, MD 21401 | 10100 Santa Monica Blvd., 23rd Floor<br>Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 789-3100 | (310) 712-6100 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jdelacourt@pptaglobal.org | kborders@kelleydrye.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 459188.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                                     /s/ John Thomas Delacourt
                                                              APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of /s/ John Thomas Delacourt is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/9/2013                                         *Sandra B. Armstrong*
                                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE