UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COUNTY OF SAN MATEO,<br><br>            Plaintiff,<br><br>    vs.<br><br>CSI LIMITED; et al.,<br><br>            Defendants. | Case No:  C 10-05686 SBA<br><br>**ORDER REASSIGNING ACTION** |

Pursuant to the parties' joint consent to the jurisdiction of Magistrate Judge Jacqueline Scott Corley for all further purposes in this action, Dkt. 96,

IT IS HEREBY ORDERED THAT, pursuant to 28 U.S.C. § 636(c), the instant action is REASSIGNED to Magistrate Judge Corley forthwith.  The caption of all future filings shall bear the initials "JSC" in place of "SBA."

IT IS SO ORDERED.

Dated: September 12, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge