UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN MATEO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CSL LIMITED, et al.,<br><br>　　　　　　Defendants. | Case No.  10-cv-05686-JSC<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 135 |

Now pending before the Court is Plaintiff's administrative motion to file under seal portions of its opposition to Defendants' motion for partial summary judgment, and the accompanying declaration and exhibits. (Dkt. No. 135.)  Plaintiff's motion seeks to file the documents under seal pursuant to Local Rule 79-5(e) because the documents include information that Defendants have designated as confidential.  Local Rule 79-5(e)(1) provides that "[w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."  N.D. Cal. Civ. L.R. 79-5(e)(1).  Although the motion was filed over one week ago, Defendants (*i.e.*, the Designating Party) have failed to file their supporting declaration within the four days provided by the Local Rules.  The motion to file under seal is accordingly DENIED and Plaintiff shall file unredacted versions of the documents in accordance with Local Rule 79-5(e)(2).

**IT IS SO ORDERED.**

Dated: July 30, 2014

　　　　　　　　　　　　　　　　　　　　　　　_Jacqueline S. Corley_
　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge