UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN MATEO,<br><br>    Plaintiff,<br><br>    v.<br><br>CSL LIMITED, et al.,<br><br>    Defendants. | Case No. 10-cv-05686-JSC<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 116 |

Defendants have filed an administrative motion to file under seal portions of its motion for leave to file motion for partial summary judgment. (Dkt. No. 116.) Defendants' motion seeks to file the documents under seal pursuant to Local Rule 79-5(e) because the documents include information that Plaintiff has designated as confidential. Local Rule 79-5(e)(1) provides that "[w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." N.D. Cal. Civ. L.R. 79-5(e)(1). Because Plaintiff has failed to file the supporting declaration as required by Rule 79-5(e)(1), the motion to file under seal is accordingly DENIED. Defendants shall file unredacted versions of the documents in accordance with Local Rule 79-5(e)(2).

**IT IS SO ORDERED.**

Dated: August 4, 2014

                                                                                        JACQUELINE SCOTT CORLEY<br>
                                                                                        United States Magistrate Judge