UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF SAN MATEO,
                        Plaintiff,

        v.

CSL LIMITED, et al.,
                        Defendants.

Case No.  10-cv-05686-JSC

**ORDER TO PLAINTIFF TO COMPLY WITH JULY 30, 2014 ORDER**

On July 30, 2014, The Court denied Plaintiff's administrative motion to file under seal and ordered Plaintiff to "file unredacted versions of the documents in accordance with Local Rule 79-5(e)(2)." (Dkt. No. 137.)  Local Rule 79-5(e)(2) provides that unredacted versions of the documents sought to be sealed must be filed by the Submitting Party "no later than 10 days[] after the motion is denied."  Although it has been well over 10 days since Plaintiff's motion was denied, Plaintiff has failed to file unredacted versions of the documents—which includes Plaintiff's opposition to the motion for summary judgment—as previously ordered.  Plaintiff shall file those documents by no later than noon tomorrow.

        **IT IS SO ORDERED.**

Dated: August 20, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California