UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN MATEO,<br><br>    Plaintiff,<br><br>    v.<br><br>CSL LIMITED, et al.,<br><br>    Defendants. | Case No.  10-cv-05686-JSC<br><br>**ORDER REVISING CASE SCHEDULE** |

Following the telephonic hearing on November 5, 2014, the Court sets the following revised case schedule:

| | |
|---|---|
| Expert Discovery Deadline: | Nov. 17, 2014 |
| Deadline to File Summary Judgment Motions: | Nov. 26, 2014 |
| Deadline to File Daubert Motions: | Nov. 26, 2014 |
| Deadline to File Opposition to Daubert and Summary Judgment Motions: | Dec. 23, 2014 |
| Deadline to File Reply to Daubert and Summary Judgment Motions: | Jan. 5, 2015 |
| Hearing on Daubert and Summary Judgment Motions: | Jan. 22, 2015 at 9:00 a.m. |
| Pretrial Conference: | Mar. 12, 2015 at 1:30 p.m. |
| Trial (Two Weeks): | Apr. 13, 2015 |

The Court also refers this case for a settlement conference with Magistrate Judge Joseph C. Spero to occur at the parties' and Judge Spero's convenience.  Judge Spero will contact the parties. Finally, the Further Case Management Conference scheduled for November 13, 2014 is vacated.

//

//

**IT IS SO ORDERED**.

Dated: November 5, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California

2